No. 62802.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 58/6613(A) (New York).

Opinion by FORD, J.   The protest was dismissed.